*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Howard C. Lapensohn
    Debtor(s)

Case No: 16–12152–jkf
Chapter: 11

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Objection to Motion to appoint Bielli & Klauder as Special Counsel.

on: 8/17/16

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/21/16

Timothy B. McGrath
Clerk of Court

52 – 50
Form 167