# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 11 |
| HOWARD C. LAPENSOHN | Bankruptcy Number: 16-12152 |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Wetzel Ladd, hereby certify that on this 21st day of July, 2016, a true and correct copy of Facial Concepts, Inc.'s Objection to Debtor's Application to Employ Bielli & Klauder as Special Counsel was sent via CM/ECF or U.S. First Class Mail, to the following:

**Howard C. Lapensohn**
1106 Robin Road
Gladwyne, PA 19035
*Debtor*

**DAVID B. SMITH**
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
*Counsel for Debtor*

**GEORGE M. CONWAY**
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
*Counsel for U.S. Trustee*

UNRUH, TURNER, BURKE & FREES

*/s/ Kristen Wetzel Ladd*
Kristen Wetzel Ladd