# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| IN RE: | : | Chapter 11 |
| | : | |
| HOWARD C. LAPENSOHN | : | Bankruptcy Number:  16-12152 |
| | : | |
| Debtor | : | |
| | : | |

## AMENDED CERTIFICATE OF SERVICE

I, Kristen Wetzel Ladd, hereby certify that on this 21st day of July, 2016, a true and correct copy of Facial Concepts, Inc.'s Objection to Debtor's Application to Employ Bielli & Klauder as Special Counsel was sent via CM/ECF or U.S. First Class Mail, to the following:

**Howard C. Lapensohn**
1106 Robin Road
Gladwyne, PA 19035
***Debtor***

**DAVID B. SMITH**
Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
***Counsel for Debtor***

**GEORGE M. CONWAY**
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
***Counsel for U.S. Trustee***

Thomas D. Bielli, Esquire
David M. Klauder, Esquire
Bielli & Klauder, LLC.
1500 Walnut Street, Suite 900
Philadelphia, P A 191 02

UNRUH, TURNER, BURKE & FREES

*/s/ Kristen Wetzel Ladd*
Kristen Wetzel Ladd