United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 16-12152-jkf
Howard C. Lapensohn                                                            Chapter 11
Howard C. Lapensohn
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR              Page 1 of 1           Date Rcvd: Jul 21, 2016
                             Form ID: 167              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2016.
db             +Howard C. Lapensohn,    MAILING ADDRESS,    Lapensohn Accounting,
              100 South Broad Street, Suite 1124,    Philadelphia, PA 19110-1003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      BRIAN D. BOREMAN    on behalf of Creditor    Facial Concepts, Inc. bboreman@utbf.com,
       bschneider@utbf.com
      DAVID B. SMITH    on behalf of Defendant Howard C. Lapensohn dsmith@smithkanelaw.com
      DAVID B. SMITH    on behalf of Debtor Howard C. Lapensohn dsmith@smithkanelaw.com
      DAVID CURTIS BENNETT    on behalf of Creditor    Fellheimer & Eichen LLP david@fellheimer.net
      GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
      JOHN M. STRAWN    on behalf of Interested Party    US Department of Labor strawn.john@dol.gov,
       zzsol-phi-docket@dol.gov
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      KRISTEN WETZEL LADD    on behalf of Creditor    Facial Concepts, Inc. kladd@utbf.com
      KRISTEN WETZEL LADD    on behalf of Plaintiff    Facial Concepts, Inc. kladd@utbf.com
      MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
       james.feighan@phila.gov
      ROBERT M. GREENBAUM    on behalf of Debtor Howard C. Lapensohn rgreenbaum@sgllclaw.com,
       rgreenbaum@skhlaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                     TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Howard C. Lapensohn
    Debtor(s)

Case No: 16–12152–jkf
Chapter: 11

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Objection to Motion to appoint Bielli & Klauder as Special Counsel.

on: 8/17/16

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/21/16

Timothy B. McGrath
Clerk of Court

52 – 50
Form 167