*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Howard C. Lapensohn
    Debtor(s)

Case No: 16–12152–jkf

Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Application to Employ Bielli & Klauder, LLC as Special Counsel Filed by Howard C. Lapensohn Represented by ROBERT M. GREENBAUM (Counsel) and Objections

on: 8/17/16

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/25/16

Timothy B. McGrath
Clerk of Court

58 – 53
Form 167