United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Howard C. Lapensohn  
Howard C. Lapensohn  
    Debtors

Case No. 16-12152-jkf  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Joan      Page 1 of 1      Date Rcvd: Jul 25, 2016  
                        Form ID: 167     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2016.
```
db         +Howard C. Lapensohn,    1106 Robin Road,    Gladwyne, PA 19035-1008
db         +Howard C. Lapensohn,    MAILING ADDRESS,    Lapensohn Accounting,
             100 South Broad Street, Suite 1124,    Philadelphia, PA 19110-1003
aty        +SMITH KANE HOLMAN LLC,    112 Moores Road Ste 300,    Malvern, Pa 19355-1002
cr         +Facial Concepts, Inc.,    389 Palm Coast Parkway SW,    Suite #4,    Palm Coast, FL 32137-4772
cr         +Fellheimer & Eichen LLP,    Two Liberty Place,    50 South 16th Street,    34th Floor,
             Philadlephia, PA 19102-2562
intp       +US Department of Labor,    Office of the Solicitor,    Suite 630 East,    The Curtis Center,
             170 S. Independence Mall West,    Philadelphia, PA 19106-3369
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          E-mail/Text: bankruptcy@phila.gov Jul 26 2016 01:30:37      City of Philadelphia,
             Law Revenue Bureau,   c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
             5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr          E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2016 01:32:08      Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2016 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN D. BOREMAN    on behalf of Creditor    Facial Concepts, Inc. bboreman@utbf.com,
           bschneider@utbf.com
          DAVID B. SMITH    on behalf of Defendant Howard C. Lapensohn dsmith@smithkanelaw.com
          DAVID B. SMITH    on behalf of Debtor Howard C. Lapensohn dsmith@smithkanelaw.com
          DAVID CURTIS BENNETT    on behalf of Creditor    Fellheimer & Eichen LLP david@fellheimer.net
          GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
          JOHN M. STRAWN    on behalf of Interested Party    US Department of Labor strawn.john@dol.gov,
           zzsol-phi-docket@dol.gov
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KRISTEN WETZEL LADD    on behalf of Plaintiff    Facial Concepts, Inc. kladd@utbf.com
          KRISTEN WETZEL LADD    on behalf of Creditor    Facial Concepts, Inc. kladd@utbf.com
          MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
           james.feighan@phila.gov
          ROBERT M. GREENBAUM    on behalf of Debtor Howard C. Lapensohn rgreenbaum@sgllclaw.com,
           rgreenbaum@skhlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Howard C. Lapensohn
    Debtor(s)

Case No: 16−12152−jkf
Chapter: 11

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Application to Employ Bielli & Klauder, LLC as Special Counsel Filed by Howard C. Lapensohn Represented by ROBERT M. GREENBAUM (Counsel) and Objections

on: 8/17/16

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/25/16

Timothy B. McGrath
Clerk of Court

58 − 53
Form 167