UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 11 |
| HOWARD P. LAPENSON | Case No. 16-12152 (JKF) |
| Debtor. | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK IN CHARGE OF BANKRUPTCY OPERATIONS:

Kindly enter the appearance of Ryan N. Boland, Esquire, and Weir & Partners LLP as counsel of record for Republic Bank in the above-captioned bankruptcy case and enter same on the official mailing matrix.

Pursuant to Bankruptcy Rule 2002, please provide all notice given, or required to be given in this case, by the Court and/or any party to Weir & Partners LLP at the address set forth below.

This request for notice includes all notices, orders, applications, motions, complaints or other pleadings, whether formal or informal, written or oral, made by mail, courier service, hand delivery, telephone, email or fax.

WEIR & PARTNERS LLP

By: /s/ Ryan N. Boland
Ryan N. Boland, Esquire
WEIR & PARTNERS LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
P: (215) 665-8181
F: (215) 665-8464
rboland@weirpartners.com
*Counsel to Main Street Business Funding LLC*

Dated: August 5, 2016

492147.1