## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Howard  Lapensohn, | : | |
| | : | Case No. 16-12152 (JKF) |
| | : | |
| Debtor. | : | |

_____

### ORDER OF DISMISSAL WITH A BAR AND JUDGEMENT

AND NOW, on this  11ᵗʰ  day of  August, 2016, in consideration of the

Stipulation between the parties entered on July 25, 2016, and upon the Praecipe  of the Acting

United States Trustee requesting relief thereunder, it is

ORDERED, that this case is dismissed.

IT IS FURTHER ORDERED the Debtor is enjoined and barred from filing

bankruptcy under chapter 11 without first obtaining leave of this Court.

AND FURTHER ORDERED and ADJUDGED that the Debtor is indebted to the

United States Trustee in the sum of $650.00 for outstanding quarterly fees pursuant to 28 U.S.C.

§ 1930(a)(6).

BY THE COURT:

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge