United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-12152-jkf
Howard C. Lapensohn                                             Chapter 11
Howard C. Lapensohn
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR              Page 1 of 2           Date Rcvd: Aug 11, 2016
                              Form ID: pdf900           Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2016.
```
db            +Howard C. Lapensohn,    1106 Robin Road,    Gladwyne, PA 19035-1008
db            +Howard C. Lapensohn,    MAILING ADDRESS,    Lapensohn Accounting,
                100 South Broad Street, Suite 1124,    Philadelphia, PA 19110-1003
aty           +SMITH KANE HOLMAN LLC,    112 Moores Road Ste 300,    Malvern, Pa 19355-1002
cr            +Facial Concepts, Inc.,    389 Palm Coast Parkway SW,    Suite #4,    Palm Coast, FL 32137-4772
cr            +Fellheimer & Eichen LLP,    Two Liberty Place,    50 South 16th Street,    34th Floor,
                Philadlephia, PA 19102-2562
cr             Republic Bank f/k/a Republic First Bank,    Two Liberty Place, 50 S. 16th St., Ste.,
                Philadelphia, PA  19102
intp          +US Department of Labor,    Office of the Solicitor,    Suite 630 East,    The Curtis Center,
                170 S. Independence Mall West,    Philadelphia, PA 19106-3369
13709185       AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
13771685       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
13724214       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13708607      +Facial Concepts, Inc.,    21 River Park Drive North,    Palm Coast, FL 32137-1536
13711716      +Fellheimer & Eichen LLP,    Two Liberty Place,    50 South 16th Street, Suite 3401,
                Philadelphia, PA 19102-2562
13728557      +Lapensohn Accounting Professional LLC,    c/o James Moran, Esq.,
                170 S. Independence Mall West., Ste 870W,    Phila.PA 19106-3381
13699717      +M&T Bank,    c/o Gene Mariano, Esquire,    9000 Midlantic Drive,    Suite 300,
                Mount Laurel, NJ 08054-1539
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Aug 12 2016 01:01:43     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: cio.bncmail@irs.gov Aug 12 2016 01:00:49     Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA  19101-7346
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 12 2016 01:01:26     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: bankruptcy@phila.gov Aug 12 2016 01:01:43     City of Philadelphia,
                Law Revenue Bureau,    c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2016 01:24:26     Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13715223      +E-mail/Text: bankruptcy@phila.gov Aug 12 2016 01:01:43
                CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13766979      +E-mail/Text: bncmail@w-legal.com Aug 12 2016 01:01:18     COMENITY CAPITAL BANK,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13769728      +E-mail/Text: bnc@bass-associates.com Aug 12 2016 01:00:43     Cavalry SPV I, LLC,
                c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
13769441      +E-mail/Text: bankruptcycollections@citadelbanking.com Aug 12 2016 01:01:45
                Citadel Federal Credit Union,    520 Eagleview Blvd.,    Exton PA 19341-1119
13708644      +E-mail/Text: mrdiscen@discover.com Aug 12 2016 01:00:44     Discover Bank,
                Discover Products INC,    P.O. Box 3025,    New Albany Ohio 43054-3025
13732650       E-mail/Text: camanagement@mtb.com Aug 12 2016 01:00:52     M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
13712239       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 12 2016 01:01:11
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
13720460       E-mail/PDF: rmscedi@recoverycorp.com Aug 12 2016 01:23:12
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
13757676*      American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13761839*      American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13761841*      American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13709591*      Internal Revenue Service,    P O Box 7346,    Phila PA 19101-7346
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: DonnaR                  Page 2 of 2                  Date Rcvd: Aug 11, 2016
                               Form ID: pdf900               Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2016 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor   M&T Bank agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN D. BOREMAN    on behalf of Creditor    Facial Concepts, Inc. bboreman@utbf.com,
           bschneider@utbf.com
          DAVID B. SMITH    on behalf of Defendant Howard C. Lapensohn dsmith@smithkanelaw.com
          DAVID B. SMITH    on behalf of Debtor Howard C. Lapensohn dsmith@smithkanelaw.com
          DAVID B. SMITH    on behalf of Attorney    SMITH KANE HOLMAN LLC dsmith@smithkanelaw.com
          DAVID CURTIS BENNETT    on behalf of Creditor    Fellheimer & Eichen LLP david@fellheimer.net
          GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
          JOHN M. STRAWN    on behalf of Interested Party    US Department of Labor strawn.john@dol.gov,
           zzsol-phi-docket@dol.gov
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KRISTEN WETZEL LADD    on behalf of Plaintiff    Facial Concepts, Inc. kladd@utbf.com
          KRISTEN WETZEL LADD    on behalf of Creditor    Facial Concepts, Inc. kladd@utbf.com
          MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
           james.feighan@phila.gov
          ROBERT M. GREENBAUM    on behalf of Debtor Howard C. Lapensohn rgreenbaum@sgllclaw.com,
           rgreenbaum@skhlaw.com
          RYAN NICHOLSON BOLAND    on behalf of Creditor    Republic Bank f/k/a Republic First Bank
           rboland@weirpartners.com,  mjones@weirpartners.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 15
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:

Howard Lapensohn,

        Debtor.

Chapter 11

Case No. 16-12152 (JKF)

### ORDER OF DISMISSAL WITH A BAR AND JUDGEMENT

AND NOW, on this 11th day of August, 2016, in consideration of the Stipulation between the parties entered on July 25, 2016, and upon the Praecipe of the Acting United States Trustee requesting relief thereunder, it is

ORDERED, that this case is dismissed.

IT IS FURTHER ORDERED the Debtor is enjoined and barred from filing bankruptcy under chapter 11 without first obtaining leave of this Court.

AND FURTHER ORDERED and ADJUDGED that the Debtor is indebted to the United States Trustee in the sum of $650.00 for outstanding quarterly fees pursuant to 28 U.S.C. § 1930(a)(6).

BY THE COURT:

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge